CL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TONY HOOD, : | |
| : | |
| Plaintiff, : | |
| : | Civ. A. No. 04-3836 (SRC) |
| v. : | |
| : | **ORDER** |
| PFIZER, INC., : | |
| : | |
| Defendant. : | |

**Chesler, U.S.D.J.**

This matter having come before the Court on Defendant Pfizer's motion for summary judgment [docket item 19]; and the Court having considered the parties' written submissions in support of and in opposition to the motion; and for the reasons expressed in the opinion filed herewith; and for good cause shown,

**IT IS** on this 28th day of September, 2007,

**ORDERED** that Defendant's motion for summary judgment [docket item 19] is **GRANTED** and it is further

**ORDERED** that the Complaint be and hereby is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the civil action assigned docket number 04-3836 shall be **CLOSED**.

    s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge